IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**DUSTIN LEE MORRIS**                                        **PLAINTIFF**

**V.**                  **NO. 4:16-CV-00830-JLH/BD**

**NANCY A. BERRYHILL, Acting Commissioner,**
**Social Security Administration**                           **DEFENDANT**

## ORDER

The Court has received a Recommended Disposition ("Recommendation") from Magistrate Judge Beth Deere. The parties have not filed objections. After careful review of the Recommendation and a review of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT this case is remanded pursuant to sentence four of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

DATED this 24th day of July, 2017.

*/s/ J. Leon Holmes*
_____
UNITED STATED DISTRICT JUDGE